**SO ORDERED: January 23, 2017.**



_____
James M. Carr
United States Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| ITT EDUCATIONAL SERVICES, INC., *et al.*[1] | ) | Case No.  16-07207-JMC-7A |
| | ) | |
| Debtors. | ) | Jointly Administered |
| _____ | ) | |
| | ) | |
| ALLEN FEDERMAN, JOANNA CASTRO and STEVE RYAN, on behalf of themselves and all others similarly situated, | ) ) ) ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Adversary Proceeding No. 16-50296 |
| | ) | |
| ITT EDUCATIONAL SERVICES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

### ENTRY

THIS MATTER comes before the Court *sua sponte*.  On October 11, 2016, plaintiffs

filed *Federman et al. Plaintiffs' Motion Pursuant to Fed. R. Bankr. P. 7023(g) for Appointment*

---

[1] The debtors in these cases, along with the last four digits of their respective federal tax identification numbers are ITT Educational Services, Inc. [1311]; ESI Service Corp. [2117]; and Daniel Webster College, Inc. [5980].

*of Interim Class Counsel and Related Relief* in this adversary proceeding (Docket No. 12) and in the underlying bankruptcy case (Bankruptcy Case Docket No. 322).

The Motion has been resolved in the underlying bankruptcy case (Bankruptcy Case Docket No. 981).

IT IS SO ORDERED.

# # #